## PEOPLE v. GOLDBURY.

Where there are no assignments of error by the appellant, the judgment of the Court below will be affirmed.

APPEAL from the District Court of the Fourteenth Judicial District, County of Nevada.

The defendant was indicted for murder, and convicted of manslaughter.

No brief in the record for Appellant.

*Attorney-General* for Respondent.

TERRY, C. J., delivered the opinion of the Court—FIELD, J., concurring.

There being in this case no assignment of error on the part of the appellant, the judgment of the Court below is affirmed.